# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**GULF SOUTH PIPELINE COMPANY, LP**                                     **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:08-cv-372-WHB-LRA**

**19.80 ACRES ± OWNED BY LLOYD ROBINSON
A/K/A LOYAL ROBINSON, 8.78 ACRES ± OWNED
BY ALTRECE A. ARNOLD, ET UX, 243.5 ACRES ±
OWNED BY VOLLIE F. CAMPBELL, JR., 355.836
ACRES ± OWNED BY ROBERT C. KING, ET UX,
AND 120 ACRES ± OWNED BY BLAIR MARBLE,
ALL LOCATED IN HINDS COUNTY, MISSISSIPPI;
100 ACRES ± OWNED BY BLAIR MARBLE AND
240 ACRES ± OWNED BY HUBERT T. RATLIFF, JR.,
ALL LOCATED IN COPIAH COUNTY, MISSISSIPPI;
80 ACRES ± OWNED BY THOMAS S. USRY AND 14
ACRES ± OWNED BY BOBBY MICHAEL LEWIS, ET AL.,
ALL LOCATED IN SIMPSON COUNTY, MISSISSIPPI;
ACREAGE IN SECTION 33, TOWNSHIP 3 NORTH,
RANGE 1 WEST, FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI OWNED BY TERRY
PROPERTY MANAGEMENT, L.P.; AND ACREAGE
IN LOT 6 OF SECTION 6 AND IN LOT 3 OF SECTION
7 AND IN SECTION 12, ALL IN TOWNSHIP 2 NORTH,
RANGE 1 EAST, SIMPSON COUNTY, MISSISSIPPI AND
OWNED BY THOMAS S. USRY**     **DEFENDANTS**

## ORDER OF DISMISSAL

This cause is before the Court on the Motion of Plaintiff, Gulf South Pipeline Company, LP, to Dismiss and for Release of Funds. The Court, having been informed that all parties to the above referenced litigation have amicably settled this dispute, finds that the case should be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court

additionally finds that the Clerk of Court should release the $203,098.50 deposited as surety, plus any interest that has accrued on those funds less the Clerk's fee, to Plaintiff. Accordingly:

IT IS THEREFORE ORDERED that the Motion of Plaintiff, Gulf South Pipeline Company, LP, to Dismiss and for Release of Funds [Docket No. 100] is hereby granted.

IT IS FURTHER ORDERED that the above referenced case is hereby dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to release the $203,098.50 that was deposited as surety, plus any interest that has accrued on those funds less the Clerk's fee, to Plaintiff, Gulf South Pipeline Company, LP. The check releasing said funds should be made payable to Gulf South Pipeline Company, LP., and should be delivered to:

> Gulf South Pipeline Company, LP.
> c/o The Brunini Law Firm, Attn: James L. Halford, Esq.
> P.O. Drawer 119
> Jackson, MS 39205

SO ORDERED this the 8th day of July, 2009.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE